

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-17-00625-CV

Deborah H. **LUND**,
Appellant

v.

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00468
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Extension of time to file Amended Brief is
GRANTED.  The appellee's amended brief is due on December 10, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court